**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

**JUDGE PHILIP A. BRIMMER**

**COURTROOM MINUTES**

Courtroom Deputy: Kathy Preuitt-Parks  Date: November 20, 2009
Court Reporter: Janet Coppock  Time: 30 minutes
Probation Officer: Keith Williams  Interpreter: Melinda Gonzalez-Hibner

**CASE NO.  09-CR-00272-PAB**

Parties                                                                  Counsel

**UNITED STATES OF AMERICA,**                       Ivan Gardzelewski
                                                                              for Michelle Heldmyer

           Plaintiff,

vs.

**PEDRO LOERA SILVA,**                                      Robert Pepin

           Defendant.

**SENTENCING**

**11:02 a.m.    COURT IN SESSION**

APPEARANCES OF COUNSEL.   Defendant is present and on bond/in custody.

Interpreter sworn.

**ORDERED:**  The statement of facts in the Plea Agreement and the Presentence Report are not disputed by the parties and are adopted in the Court's factual findings in this case. The report is incorporated by reference as part of the Court's findings and conclusions.

Page Two
09-CR-00272-PAB
November 20, 2009

**Defendant's Motion for Non-Guideline Sentence (Variant Sentence) (Doc #17), filed 11/2/09.**

**11:05 a.m.**   Argument by Mr. Pepin in support of defendant's motion and comments addressing sentencing.

**11:10 a.m.**   Argument by Gardzelewski and comments addressing sentencing.

Defendant addresses the Court.

Court states its findings and conclusions.

**ORDERED:**   Defendant's Motion for Non-Guideline Sentence (Variant Sentence) (Doc #17), filed 11/2/09 is **GRANTED.**

Statement by the Court regarding defendant's offense level, criminal history level and sentencing guidelines range.

Defendant entered his plea on **August 27, 2009** to count **One of the Indictment.**

**ORDERED:**   Defendant's plea of guilty is **ACCEPTED.**

**ORDERED:**   Court **ACCEPTS** the Plea Agreement.

Court considers statutory factors of 18 USC § 3553(a) in arriving at sentence.

**ORDERED:**   Defendant shall be **imprisoned** for **15** months.

Court RECOMMENDS that defendant receive credit for **(** days spent in custody.

Court RECOMMENDS that the Bureau of Prisons place the defendant at **(.  (**and recommends that he/she be allowed to participate in a program for treatment of drug abuse.**)**

**ORDERED:**   Upon release from imprisonment, defendant shall be placed on **supervised release** for a period of **3** years.

**ORDERED:   Conditions** of Supervised Release that:
   (**X**)   Within 72 hours of release from the custody of the Bureau of Prisons, defendant shall report in person to the probation office in the district to which the defendant is released.

Page Three
09-CR-00272-PAB
November 20, 2009

- (**X**) Defendant shall not commit another federal, state or local crime.
- (**X**) Defendant shall not illegally possess controlled substances.
- (**X**) Defendant shall not possess a firearm or destructive device.
- (**X**) Defendant shall comply with standard conditions recommended by U.S. Sentencing Commission.
- (**X**) Defendant shall refrain from the unlawful use of a controlled substance and submit to one drug test within 15 days of release on supervised release and at least two periodic drug tests thereafter for use of a controlled substance.
- (**X**) Defendant shall cooperate in the collection of a DNA sample from the defendant as directed by the probation officer.
- ( ) Mandatory drug testing provisions of 18 U.S.C. § 3583(d) are WAIVED because defendant has not shown any evidence of drug use.

**ORDERED: Special Condition** of Supervised Release that:
- (**X**) If defendant is deported, he shall not re-enter the United States illegally. If defendant re-enters the United States legally, he is to report to the nearest U.S. Probation Office within 72 hours of he return.
- (**X**) Defendant shall comply with the terms and conditions for payment of the special assessment, restitution or fine imposed by this judgment.
- (**X**) Defendant shall pay any **special assessment, restitution, fine** that is imposed by this judgment, and that remains unpaid at the commencement of the term of supervised release.

**ORDERED:** Defendant shall pay **$100.00** to **Crime Victim Fund** (Special Assessment), to be paid immediately.

**ORDERED: No fine** is imposed because defendant has no ability to pay a fine.

**ORDERED:** Costs of imprisonment and supervised release are WAIVED.

**ORDERED:** Defendant advised of right to appeal. Any notice of appeal must be filed within 10 days.

**ORDERED:** A copy of the presentence report shall be forwarded to the U.S. Bureau of Prisons and the U.S. Sentencing Commission.

**ORDERED:** Defendant is REMANDED to the custody of the U.S. Marshal.

**11:25 a.m.   COURT IN RECESS**

**Total in court time:**         23 minutes   Hearing concluded